IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASSANDRA COLLINS,

    Plaintiff,

v.                               CASE NO. 4:99cv483-RH

W.A. WOODHAM, et al.,

    Defendants.
_____/

**ORDER DENYING MOTION FOR PROTECTIVE ORDER**
**BASED ON FIFTH AMENDMENT**

Defendant Roosevelt Baker has moved for entry of a protective order precluding plaintiff from conducting his deposition. The sole basis for the motion is Ms. Baker's assertion of his Fifth Amendment privilege against self-incrimination. This provides no basis for entry of an order precluding the taking of the deposition. See, e.g., National Life Ins. Co. v. Hartford Accident & Indem. Co., 615 F.2d 595 (3d Cir. 1980) (holding that a witness cannot relieve himself of duty to answer questions that may be put to him by mere blanket invocation of Fifth Amendment

ENTERED ON DOCKET 7-6-00 BY DDJ
[Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP]
Copies mailed to: Johnson, Cook, Jolly, Fromm, Cooper, Graham
faxed

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

00 JUL -6 PM 3: 45

66        FILED

privilege against self-incrimination); <u>United States v. Roundtree</u>, 420 F.2d 845, 852 (5th Cir. 1969) ("[E]ven if the danger of self-incrimination is great, Roundtree's remedy is not to voice a blanket refusal to produce his records or testify.  Instead, he must present himself with his records for questioning, and as to each question and each record elect to raise or not to raise the defense.").

Mr. Baker must attend his deposition.  At the deposition, he may invoke his Fifth Amendment privilege not to answer any question that might tend to incriminate him.  If any issue arises concerning the propriety of his invocation of the Fifth Amendment privilege, it may be submitted to the court by proper motion in due course.

Accordingly,

IT IS ORDERED:

Defendant's motion (document 62) for entry of a protective order is DENIED.

SO ORDERED this 6th day of July, 2000.

/s/ Robert Hinkle
Robert L. Hinkle
United States District Judge